IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAINARD BUSH, as the Executor of the Estate of Albert T. Carlisle,<br>　　　　　　Plaintiff<br><br>v.<br><br>MATSON LUMBER COMPANY and<br>MATSON HARDWOODS, INC.,<br>　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 95-376<br>)<br>)<br>)<br>) |

**[~~　　　　　~~] ORDER**

AND NOW TO WIT this **26** day of **Feb**_____, 2010, upon Motion For Sanctions Pursuant to Rule 11 of The Federal Rules of Civil Procedure [Document 105] filed by Defendant Matson Lumber Company, it is hereby Ordered that the Defendant's Motion for Sanctions is DENIED.

_____
J.